```
                                        FILED
                                   U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF LA

                                   2006 MAR 29  AM 10: 38

                                       LORETTA G. WHYTE
                                            CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LAWRENCE HARRIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-4992** |
| **MARLIN GUSMAN, ET AL.** | **SECTION "T" (1)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B).

New Orleans, Louisiana, this 28th day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE

```
___ Fee_____
___ Process____
_X_ Dktd_____
_✓_ CtRmDep___
___ Doc. No___
```